# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DRUSILLA JACKSON,**

    **Plaintiff,**

v.                                                                                                    **Case No. 6:13-cv-394-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

___

# ORDER

THIS CAUSE comes for consideration on Plaintiff Drusilla Jackson's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d) (Doc. 27), to which Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, filed an objection (Doc. 28). United States Magistrate Judge David A. Baker issued a Report and Recommendation. (Doc. 29.) No party filed a timely objection to Judge Having reviewed the Report and Recommendation, it is **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 29) is **APPROVED** and **ADOPTED**.

2. Plaintiff Drusilla Jackson's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d) (Doc. 27) is **GRANTED in part and DENIED in part**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Drusilla Jackson and against Defendant Commissioner of Social Security for

-2-

attorney's fees and costs in the amount of $6,038.50 pursuant to 28 U.S.C. § 2412(d).

**DONE** and **ORDERED** in Orlando, Florida on this _____ day of July, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record